UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                         ORDER
v.                                     12-CR-029A

THERESA ANDERSON,
STEVEN BUTLER,
DION ANDERSON,
MELVIN CALHOUN,
ANQUENSHA HODGE, aka Anne Anderson,
WYMIKO ANDERSON, aka Red
TOSHIA HODGE, aka Toshia Anderson
TAJIA ANDERSON, aka Porkchop
and LEO MELLERSON,

                        Defendants.

The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). Defendants filed a number of omnibus motions (Docket Nos. 44, 66, 67, 68, 69, 70 and 75) and the government filed a motion (Docket No. 33) to strike certain language from the Indictment. On November 16, 2012, Magistrate Judge Scott filed a Report and Recommendation, recommending that the government's motion to strike language from the indictment should be granted and that defendants' remaining motions for dispositive relief be denied as moot.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, the government's

motion to strike certain language from the Indictment is granted and the defendants' remaining motions for dispositive relief are denied as moot.

The parties shall be present in court on December 12, 2012 at 12:30 p.m. for a meeting to set a trial date.

SO ORDERED.

                    *s/ Richard J. Arcara*
                    HONORABLE RICHARD J. ARCARA
                    UNITED STATES DISTRICT JUDGE

DATED: December 10, 2012