**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

UNITED STATES OF AMERICA,

      v.                                                      12-CR-029-A
                                                             **ORDER**

THERESA ANDERSON,

            Defendant.
_____

The Defendant has filed a letter (Docket No. 343), which the Court interprets as a motion for reconsideration of its June 20, 2018 Order. *See* Docket No. 342 . That Order denied the Defendant's motion for free copies of transcripts and various docket items in this case.

The Defendant's motion for reconsideration is denied for the same reasons stated in the Court's June 20, 2018 Order. As stated in that Order, the Court lacks authority to provide the Defendant with free copies of items in the docket unless the Defendant has filed a motion pursuant to 28 U.S.C. § 2255. The Defendant is reminded that she may request a copy of the docket sheet in her case by sending a written request, together with $2.30, to the Clerk of Court.

**SO ORDERED.**

Dated: July 24, 2018                                         _____s/Richard J. Arcara_____
     Buffalo, New York                           HONORABLE RICHARD J. ARCARA
                                                             UNITED STATES DISTRICT JUDGE